FILED

08 JAN -2 PM 2:42

DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

'08 CR 0015 IEG

UNITED STATES OF AMERICA, ) Criminal Case No. _____
)
        Plaintiff, ) I N D I C T M E N T
)
  v. ) Title 8, U.S.C., Secs. 1326(a)
) and (b) - Deported Alien Found
LUIS ALBERTO ) in the United States
HERNANDEZ-VENEGAS, )
)
        Defendant. )
_____)

    The grand jury charges:

    On or about December 3, 2007, within the Southern District of California, defendant LUIS ALBERTO HERNANDEZ-VENEGAS, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

//

WDK:fer:San Diego
12/27/07

<mark>
<mark>
<mark>
<mark>
<mark>
<mark>
<mark>

<mark>

<mark>
<mark>

<mark>

<mark>

<mark>
<mark>

<mark>
<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>
<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>
<mark>

<mark>

<mark>
<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>
<mark>

1  It is further alleged that defendant LUIS ALBERTO HERNANDEZ-
2  VENEGAS, was removed from the United States subsequent to
3  December 28, 2005.
4      DATED: January 2, 2008.
5                                          A TRUE BILL:
6
7                                          _____
                                            Foreperson
8  KAREN P. HEWITT
9  United States Attorney
10
11 By: _____
        DOUGLAS KEEHN
12      Assistant U.S. Attorney
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28