**TIMOTHY R. GARRISON**
California Bar No. 228105
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Tel: (619) 234-8467 ext. 3722 / Fax: (619) 687-2666
timothy_garrison@fd.org

Attorneys for LUIS ALBERTO HERNANDEZ-VENEGAS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE IRMA E. GONZALEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS ALBERTO HERNANDEZ-VENEGAS,<br><br>Defendant. | Criminal No. 08-CR-0015-IEG<br><br>Date: January 28, 2008<br>Time: 2:00 p.m.<br><br>NOTICE OF MOTIONS AND MOTIONS TO:<br>1) DISMISS THE INDICTMENT DUE TO MISINSTRUCTION OF THE GRAND JURY;<br>2) COMPEL DISCOVERY AND PRESERVE EVIDENCE; AND<br>3) GRANT LEAVE TO FILE FURTHER MOTIONS |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY; AND ASSIGNED ASSISTANT UNITED STATES ATTORNEY:

**PLEASE TAKE NOTICE** that on January 28, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard, the accused, LUIS ALBERTO HERNANDEZ-VENEGAS, by and through his attorneys, Timothy R. Garrison, and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the motions listed below.

///

///

///

**MOTIONS**

LUIS ALBERTO HERNANDEZ-VENEGAS, the accused in this case, by and through his attorneys, Timothy R. Garrison, and Federal Defenders of San Diego, Inc., pursuant to the Fourth, Fifth and Sixth Amendments to the United States Constitution, Federal Rules of Criminal Procedure and all other applicable statutes, case law and local rules, hereby moves this court for an order:

1) to dismiss the indictment due to misinstruction of the grand jury;

2) to compel discovery and preserve evidence; and

3) to grant leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

Dated: January 14, 2008

*/s/ Timothy R. Garrison*
**TIMOTHY R. GARRISON**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Rodriguez-Lopez
timothy_garrison@fd.org

**TIMOTHY R. GARRISON**
California Bar No. 228105
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Tel: (619) 234-8467 / Fax: (619) 687-2666
timothy_garrison@fd.org

Attorneys for Mr. Hernandez-Venegas

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE IRMA E. GONZALEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>**LUIS ALBERTO HERNANDEZ-VENEGAS,**<br>Defendant. | Case No. 08CR0015-IEG<br><br>**<u>CERTIFICATE OF SERVICE</u>** |

**I HEREBY CERTIFY** that on January 14, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Timothy R. Garrison*
**TIMOTHY R. GARRISON**
California Bar No. 228105
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101
Tel: (619) 234-8467 / Fax: (619) 687-2666
timothy_garrison@fd.org

Attorneys for Mr. Hernandez-Venegas

**SERVICE LIST**

**United States v. Luis Alberto Hernandez-Venegas**
**Case No. 08cr0015-IEG**
**United States District Court, Southern District of California**

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

[*Service via CM/ECF*]

Mr. Hernandez-Venegas
[*Service via U. S. Mail*]