# UNITED STATES DISTRICT COURT

``                         DISTRICT OF                         CALIFORNIA

UNITED STATES OF AMERICA,
        Plaintiff,

    v.

LUIS ALBERTO HERNANDEZ-VENEGAS,
        Defendant.

**APPEARANCE**

Case Number:   08CR0015-IEG

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    LUIS ALBERTO HERNANDEZ-VENEGAS
    I am replacing TIMOTHY R. GARRISON on this case.

    I certify that I am admitted to practice in this court.

| | |
|---|---|
| 2/26/2008 | /s/ JOSEPH McMULLEN |
| Date | Signature |
| | Joseph McMullen / Federal Defenders of SD    246757 |
| | Print Name                                    Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA   92101 |
| | City              State              Zip Code |
| | (619) 234-8467        (619) 687-2666 |
| | Phone Number                           Fax Number |

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: February 26, 2008             /s/ Joseph McMullen
                                     JOSEPH McMULLEN
                                     Federal Defenders of San Diego, Inc.
                                     225 Broadway, Suite 900
                                     San Diego, CA 92101-5030
                                     (619) 234-8467  (tel)
                                     (619) 687-2666  (fax)
                                     e-mail: Joseph_McMullen@fd.org