FILED

APR - 8 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08cr0015-IEG |
| Plaintiff, | ) ) | **SUPERSEDING** I N F O R M A T I O N |
| v. | ) ) ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); |
| LUIS ALBERTO HERNANDEZ-VENEGAS, | ) ) ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - |
| Defendant. | ) ) | Illegal Entry (Felony) |

The United States Attorney charges:

Count 1

On or about December 2001, within the Southern District of California, defendant LUIS ALBERTO HERNANDEZ-VENEGAS, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//

//

1

Count 2

2    On or about November 2004, within the Southern District of
3 California, defendant LUIS ALBERTO HERNANDEZ-VENEGAS, being an
4 alien, unlawfully entered or attempted to enter the United States
5 at a time and place other than as designated by immigration
6 officers, and eluded examination and inspection by immigration
7 officers, and attempted to enter or obtained entry to the United
8 States by a willfully false or misleading representation or the
9 willful concealment of a material fact and previously committed the
10 offense of illegal entry, as alleged in Count 1; all in violation
11 of Title 8, United States Code, Section 1325, a felony.

12

Count 3

13    On or about December 3, 2007, within the Southern District of
14 California, defendant LUIS ALBERTO HERNANDEZ-VENEGAS, being an
15 alien, unlawfully entered or attempted to enter the United States
16 at a time and place other than as designated by immigration
17 officers, and eluded examination and inspection by immigration
18 officers, and attempted to enter or obtained entry to the United
19 States by a willfully false or misleading representation or the
20 willful concealment of a material fact and previously committed the
21 offense of illegal entry, as alleged in Count 1; all in violation
22 of Title 8, United States Code, Section 1325, a felony.

23    DATED: ___4/8/08___.

24

25                        KAREN P. HEWITT
                         United States Attorney

26
                         Miluull M. Rottif
27                    /s/ NICOLE ACTON JONES
                         Assistant U.S. Attorney

28