AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| LUIS ALBERTO HERNANDEZ-VENEGAS | CASE NUMBER: 08CR0015-IEG |

I, LUIS ALBERTO HERNANDEZ-VENEGAS, the above named defendant, who is accused of Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor) and two counts of Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 4-8-2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
APR - 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

_____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER

wvr 1325_3ctMF.wpd